ACCEPTED
06-14-00115-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/28/2015 12:25:25 PM
DEBBIE AUTREY
CLERK

**LEW DUNN**
**ATTORNEY AT LAW**
P.O. BOX 2226
LONGVIEW, TEXAS 75606-2226
Email: dunn@texramp.net
TELEPHONE 903-757-6711
FAX 903-757-6712

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/28/2015 12:25:25 PM

DEBBIE AUTREY
Clerk

July 20, 2015

Mr. Cordero D. Brown
TDCJ # 01948239
James V. Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

CERTIFIED MAIL NO. 7014 0510 0002 3736 7031

RE:   Cause No. 06-14-00115-CR
      Cordero Brown vs. The State of Texas
      Pending in the Sixth Court of Appeals in Texarkana
      Trial Cause No. 42,258-B

Dear Mr. Brown:

The Court of Appeals has issued its "Memorandum Opinion" and affirmed your conviction. I enclose copies of the following documents:

1. Letter from Court of Appeals
2. Court's "Memorandum Opinion" dated July 20, 2015
3. Court's Judgment affirming the case

I am required by the Rules of Appellate Procedure to notify you as follows:

When a court of appeals issues its Opinion and Judgment, a defendant has the right to file a *pro se* petition for discretionary review (PDR) under Rule 68, TEX. R. APP. P. Such petition should be filed with the clerk of the Court of Criminal Appeals in Austin and is due no later than thirty (30) days from the date the Judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. A motion for rehearing must be filed no later than fifteen (15) days after the date of the Opinion.

I am further required to give you a copy of the Opinion and Judgment, which are enclosed.

The address of the Court of Criminal Appeals is this:

Clerk of Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

Yours truly,

Lew Dunn
Attorney at Law
Texas State Bar #06244600



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Cordero D. Brown # 01948239
James V. Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

9590 9403 0155 5120 0797 03

2. Article Number *(Transfer from service label)*

7014 0510 0002 3736 7031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent / ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
J. Carro II    7/22/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Mail
☐ d Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt



# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

IOWA PARK, TX 76367

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Total Po | $2.30 | |

Postmark Here    JUL 20 2015    0601 04    75601    07/20/2015    USPS

Sent To    Mr. Cordero D. Brown #01948239    $8.55
Street, Apt or PO Box    James V. Allred Unit
City, State    2101 FM 369 North
Iowa Park, TX 76367

PS Form **3800**, August 2006    See Reverse for Instructions